Date: 08/13/10      *CC # 110*    *# 150771*      Page:

# DIVIDENDS REMITTED TO THE COURT
Check Number 110 Dated 08/13/10
Case Number 10-10162 - KRANZ, DAVID T.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Drs. Hill and Thomas**<br>PO Box 643026<br>Cincinnati, OH 45264-3026 | 000002 | 47.36 | 3.34 |
| ---------- Remittance Total ---------- | | 47.36 | 3.34 |

*[signature]*

DAVID O. SIMON, TRUSTEE



*FILED 2010 AUG 16 AM 10: 05 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND*

COURT1      Printed: 08/13/10 08:19 AM   Ver: 15.10d

10-10162-pmc    Doc 24    FILED 08/16/10    ENTERED 08/16/10 15:30:38    Page 1 of 1